UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD KENNETH LEPESKA, Jr.,

     Plaintiff,

v.                                  CASE NO. 6:11-cv-1105-28KRS

FLORIDA DEPARTMENT OF CORRECTIONS,
et al.,

     Defendants.

_____

## ORDER

1.     This case is before the Court upon Plaintiff's Notice of Appeal (Doc. No. 6, filed August 25, 2011) and Motion to Proceed on Appeal *In Forma Pauperis* (Doc. No. 9, filed September 13, 2011). This appeal is not taken in good faith under Rule 24(a)(3) of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1915(a)(3) because the case was properly dismissed for failure to state a claim and for lack of jurisdiction. Thus, Plaintiff is not entitled to appeal as a pauper.

2.     Plaintiff's Motion to Proceed on Appeal *In Forma Pauperis* (Doc. No. 9) is **DENIED**. However, because Plaintiff has less than $10.00 accrued in his/her prison trust fund account, the Court will <u>not</u> require Plaintiff to pay an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A). Plaintiff is hereby assessed the total $455.00 appellate filing and docketing fees in this case.

3.     As funds become available in Plaintiff's prison account, he/she shall be required to make monthly payments of twenty percent of the preceding month's income (that is, all funds deposited into the account) credited to the account. Upon receipt of this Order, the agency having custody of Plaintiff shall forward payments from Plaintiff's account on a monthly basis to the Clerk of Court each time the amount in the account

exceeds $10.00. These payments shall continue until the appellate filing and docketing fees are paid in full. The following information shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto: (1) the full name of the prisoner; (2) the prisoner's inmate number (# K71952); and, (3) Middle District of Florida Case Number (6:11-cv-1105-28KRS). Checks or money orders which do not have this information will be returned to the penal institution.

4. Plaintiff is warned that he is ultimately responsible for payment of the appellate filing and docketing fees should the agency with custody over him lapse in its duty to make payments on his behalf. For this reason, if Plaintiff is transferred to another jail or correctional institution, he should ensure that the new institution is informed about this appeal and the required monthly payments as set out herein. Plaintiff is advised to retain a copy of this Order for this purpose.

5.      The **Clerk of Court** shall **MAIL** a copy of this Order (and the Prisoner Consent Form (Doc. No. 10)) to: Florida Department of Corrections, Inmate Trust Funds, Centerfile Station, P.O. Box 12100, Tallahassee, FL 32317-2100, Attention: Administrator of the Inmate Trust Fund Account.

**DONE AND ORDERED** at Orlando, Florida, this day of September, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-4 9/14
Richard Kenneth Lepeska, Jr.
Eleventh Circuit Court of Appeals
Counsel of Record